UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS RAYMOND PROUT,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | Case No. 24-cv-04773-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person in detention at the Yuba County Jail, filed two versions of a letter with the Court on August 5 and 6, 2024, which the Court construed as an attempt to file a civil rights action. ECF 1, 5. On August 6, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. ECF 2, 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: September 16, 2024

TRINA L. THOMPSON
United States District Judge